| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>02-20401-01-Ma<br>02-20118-02-Ma |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | **FILED** |

DOCKET NUMBER *(Rec. Court)*
2:05-cr-5005

Oct 20  8:57 AM '05

U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY _____ CLERK
Western

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Shelley E. Jara<br>109 Patriot's Crossing Drive<br>Greenville, TN 37745 | DISTRICT<br>Western District of Tennessee | DIVISION<br>Western |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable Samuel H. Mays, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>10/15/04 | TO<br>10/14/07 |

| OFFENSE<br><br>Unlawful Possession of Equipment, Chemicals, Products, and Materials with the Intent to Manufacture Methamphetamine. 21 U.S.C. § 843(a)(6) |
|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Tennessee___

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the _Eastern District of Tennessee_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Dec. 30, 2004
_____
Date

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern   District of Tennessee___

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/27/05
_____
Effective Date

_____
*United States District Judge*

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___11-15-05___

16

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:02-CR-20401 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT